# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SAID BETECH (3) | 08 JUN 18 AM 11:43<br>**WARRANT FOR ARREST**<br>CASE NUMBER: BY: DEPUTY<br>**08 MJ 1855** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       SAID BETECH
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title ___18___ United States Code, § 1343

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 6-13-08 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ no bail pending first appearance    by   [signature]
                                                        PETER C. LEWIS
                                                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 1205 Pacific Highway, #1403, San Diego CA 92101

| DATE RECEIVED<br>6/13/08 | NAME AND TITLE OF ARRESTING OFFICER<br>FBI Special Agent<br>J. Kyle Scoggins | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>6/16/08 | | |