AO 442

**ORDERED SEALED BY COURT**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SAID BETECH (3)

FILED
2008 JUL 30 AM 8:25

**WARRANT FOR ARREST**

CASE NUMBER: '08 MJ 1855

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  SAID BETECH

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

DATE: 6/16/08
ARRESTED BY: FBI IW SD
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title ___18___ United States Code, § 1343

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

_____
Signature of Deputy

6-13-08 @ San Diego, CA
Date and Location

Bail fixed at $ no bail pending first appearance   by  PETER C. LEWIS
                                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'    FBI    2608